UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERNEST DANCY,                          )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )        **JUDGMENT**
                                       )
KILOLO KIJAKAZI,                       )        5:22-CV-418-BO-BM
Acting Commissioner of Social Security,)
                                       )
                    Defendant.         )
                                       )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further proceedings.

<u>**This judgment filed and entered on March 7, 2023, and served on:**</u>
Derrick Arrowood (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)


                                       PETER A. MOORE, JR., CLERK

March 7, 2023

                                        /s/ Lindsay Stouch
                                       By: Deputy Clerk